RICHARD J. PEARL, Appellant, *v.* SEVENTH AVENUE FILM Co., LTD., et al., Respondents.

(Argued June 9, 1933; decided July 11, 1933.)

*Bertram A. Mayers* for appellant.

*Frederick Malcolm Wolf* and *Alexander Wolf* for respondents.

No opinion. (See 262 N. Y. 513, 639.)

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.